## McCOY v. WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 126, September Term, 1965.]

*Decided June 27, 1966.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER, BARNES and McWILLIAMS, JJ.

PER CURIAM.

The application of Randolph P. McCoy for leave to appeal from the order denying him post conviction relief from his imprisonment for armed robbery and burglary is hereby denied for the reasons stated in the opinion filed by Judge Harlan in the lower court and in the *per curiam* opinion filed in *McCoy v. State,* 236 Md. 632, in which some of the questions decided therein were raised again in this post conviction proceeding.

*Application denied.*